# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

129792
(21)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEAN SCOT JOHNSON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129792
COA: 264292
Wayne CC: 04-012542-01

     On order of the Court, the motion for reconsideration of this Court's order of January 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

l0424